# UNITED STATES BANKRUPTCY COURT
## FOR THE Western District of Michigan

In re: **Nathan Dwayne-Scott Stanfill**

Debtor(s).

Case No. 20-01889
Chapter 13
Hon. Scott W. Dales
Filed: 5/29/2020

## FIRST PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN

### III. DISBURSEMENTS

**F. UNSECURED CREDITORS.**

**General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes. The allowed claims of general unsecured creditors will be satisfied by:

☐ Payment of a dividend of 100%, plus present value of ____% interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

☒ Payment of a pro-rata share of a fixed amount of $ **100.00** or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a). However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.2

This plan remains unchanged in all respects
not in conflict with these amendments.

Date: **7/9/2020**       /s/
                         **Nathan Dwayne-Scott Stanfill**, Debtor

Date: **7/9/2020**       /s/
                         **Jeffrey D. Mapes P70509**, Counsel for the Debtor(s)