UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Nathan Dwayne-Scott Stanfill | § | **CASE NO.** 20-01889 |
| | § | **HON.** Scott W Dales |
| **Debtor(s)** | § | |
| | § | |

## AFFIDAVIT OF NO OBJECTION

The undersigned person certifies to the Court under the penalties of perjury that a Notice of Application for Additional Attorney Fees and Notice of Opportunity to Object were filed with this Court on 9/29/2021 and served on all interested parties, and all other entities who have filed a claim in this matter or have otherwise appeared, on or about 9/29/2021, that a Corrected Notice of Opportunity to Object was filed with this on 10/6/2021 and served on all interested parties, and all other entities who have filed a claim in this matter or have otherwise appeared, on or about 10/6/2021, that the notice required that copies of any written objections be filed with the undersigned, that more than 28 days have elapsed, and that no written objections were received within 21 days of the date of service of the notice.

The undersigned therefore requests that the Court sign the proposed order allowing the attorney fees which follows this affidavit.


Dated: 11/3/2021                                    /s/ Jeffrey D. Mapes
                                                    Jeffrey D. Mapes
                                                    Mapes Law Offices
                                                    29 Pearl Street NW, Suite 305
                                                    Grand Rapids, MI 49503